PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JULIE A.K. CUMMINGS, HI Bar No. 10635
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 410-966-1551
Julie.Cummings@SSA.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| ARESTINA MORINA ACOSTA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 1:23-cv-01675-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Appeals Council will vacate the prior decision and direct the ALJ to:

- offer the Plaintiff the opportunity for a hearing;
- proceed through the sequential evaluation process;
- further evaluate the findings of Sarah Anne Edwards, Ph.D., with the assistance of medical expert evidence;

- further evaluate Plaintiff's residual functional capacity;
- obtain vocational expert evidence as warranted; and
- issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: May 29, 2024                                  Law Offices of Patricia L. McCabe

                By: */s/ Patricia L. McCabe*
                   PATRICIA L. MCCABE
                   Attorney for Plaintiff
                   (per email authorization)

                   PHILLIP A. TALBERT
                   United States Attorney

                   MATHEW W. PILE
                   Office of Program Litigation, Office 7

                By: /s/ *Julie A.K. Cummings*
                   JULIE A.K. CUMMINGS
                   Special Assistant United States Attorney

                   Attorneys for Defendant

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 20), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).  The Clerk of Court shall enter a

1  final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final
2  decision of the Commissioner and shall thereafter close this case.
3  IT IS SO ORDERED.
4
5  Dated:   **May 29, 2024**                     */s/ Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE