PATRICIA L. McCABE, CSBN 156634
Law Offices of Patricia L. McCabe
4100 W Alameda Ave., 3RD Floor, Ste. 301
Burbank, CA 91505
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorney for Plaintiff,
ARESTINA MORINA ACOSTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ARESTINA MORINA ACOSTA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER of SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-cv-01675-SKO<br><br>ORDER GRANTING STIPULATION AND UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) (EAJA)<br><br>(Doc. 24)<br><br>Judge:  Honorable Sheila K. Oberto |

　　　　For the reasons set forth in the parties' unopposed motion and stipulation for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et seq.*, (the "Stipulation") (Doc. 24), and good cause shown,

　　　　**IT IS ORDERED** that fees and expenses in the amount $5,883.11 as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

　　　　IT IS SO ORDERED.

Dated:　**August 13, 2024**　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE